In the Matter of the Judicial Settlement of the Accounts of W. MARTIN JONES, Deceased, as Trustee under the Will of HENRY POWIS, Deceased.

GERTRUDE M. JONES, as Executrix of W. MARTIN JONES, Deceased, Appellant; LOUISE P. NEWCOMB et al., Respondents.

*Matter of Jones*, 143 App. Div. 692, affirmed.
(Argued January 28, 1913; decided February 25, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered

March 23, 1911, which modified and affirmed as modified a decree of the Monroe County Surrogate's Court surcharging the accounts of the trustee under the will of Henry Powis, deceased.

*W Martin Jones, Jr.*, for appellant.

*Murlin S. Smallwood* and *William C. Kohlmetz* for respondents.

Order affirmed, with costs, without prejudice to any application by appellant as to the item of $372.25 surcharged against his account as he may be advised; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, CHASE, COLLIN, CUDDEBACK and MILLER, JJ.